

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2024

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Ulysses Smith*, 19 Cr. 824 (PAE)

Dear Judge Engelmayer:

    I am leaving the United States Attorney's Office for other employment. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in this case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    David Abramowicz
    Assistant United States Attorney
    (212) 637-6525

cc:   Counsel of record (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 85.

2/14/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge